**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23-CR-00156 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE THOMAS M. |
| | ) | PARKER |
| EDWIGE LAURE TAHE, | ) | |
| | ) | **ORDER ACCEPTING PLEA,** |
| Defendant. | ) | **JUDGMENT, AND REFERRAL TO U.S.** |
| | ) | **PROBATION OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 6). This matter was previously referred to the Magistrate Judge with the consent of the parties.

On March 20, 2023, the government filed a one count Information alleging that Defendant made a materially false, fictitious, and fraudulent statement to the Federal Bureau of Investigation concerning her knowledge of individuals involved in the illegal purchase and exportation of firearms, in violation of 18 U.S.C. § 1001. (ECF No. 1). On April 6, 2023, Defendant waived her right to prosecution by indictment and consented to prosecution by information. (ECF No. 2).

On April 6, 2023, Magistrate Judge Parker held an arraignment and change of plea hearing, during which the Defendant entered a plea of guilty to the information. On the same date, Magistrate Judge Parker issued a Report and Recommendation ("R&R") recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 6).

Any objections to the R&R were due on April 20, 2023. *Id*. Neither party submitted any objections.

1

On review of the record, the Court adopts the R&R. Defendant is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a guilty plea. She is also aware of the trial rights she waives/gives up by pleading guilty. There is an adequate factual basis for the plea. Defendant denied being threatened into entering the plea, and confirmed that no promises have been made to her, other than those contained in the plea agreement. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is accepted.

Therefore, Defendant is adjudged guilty of count 1 of the Information, in violation of 18 U.S.C. § 1001. This matter is hereby referred to the U.S. Probation Office for the completion of a pre-sentence investigation and report. As stated at the change of plea hearing, sentencing is set for July 13, 2023 at 10 a.m.

**IT IS SO ORDERED.**

**Date: May 10, 2023**

*Charles Fleming*

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**